SO ORDERED.

Dated: June 30, 2020



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:                                )   Chapter 7
                                      )
COSSOM, TAYANDA M                     )   Case No. 2:19-12435-PHX MCW
                                      )
                                      )   ORDER FOR PAYMENT
   Debtor(s).                         )   OF UNCLAIMED FUNDS
                                      )   TO THE U.S. BANKRUPTCY
                                      )   COURT
                                      )

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $5022.00 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

**SIGNED AND DATED ABOVE**